2:26-cv-00759-JAD-MDC



**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| SHAWN R. BROWN | : | Case#: |
| 10161 Park Run Dr., Ste 150 | : | |
| Las Vegas, NV 89145 | : | |
| Telephone: (725) 224-7610 | : | |
| Plaintiff, | : | Judge: |
| | : | |
| vs. | : | Magistrate Judge: |
| | : | |
| SPRING OAKS CAPITAL, LLC, | : | |
| RA – Corporation Service Company | : | |
| 251 Little Falls Dr. | : | **ORIGINAL COMPLAINT** |
| Wilmington, DE 1980 | : | |
| | : | |
| and | : | |
| | : | |
| SPRING OAKS CAPITAL SPV, LLC, | : | |
| RA – Corporation Service Company | : | |
| 251 Little Falls Dr. | : | **EMERGENCY INJUNCTION** |
| Wilmington, DE 1980 | : | |
| | : | |
| and | : | |
| | : | **JURY TRIAL REQUESTED** |
| GURSTEL LAW FIRM P.C., | : | |
| RA – C T Corporation System Inc. | : | |
| 701 S Carson St., Ste 200 | : | |
| Carson City, NV, 89701 | : | |
| | : | |
| and | : | |
| | : | |
| DOES 1 through 10, | : | |
| Defendant(s) | : | |

---

**VERIFIED COMPLAINT FOR DAMAGES, DECLARATORY RELIEF, AND**

**INJUNCTIVE RELIEF [ 15 U.S.C. §§1692 & 1681; NRS 598 ]**

---

## CIVIL COMPLAINT FOR DAMAGES

Plaintiff Shawn R. Brown, *in propria persona*, respectfully presents this Civil Complaint to this Honorable Court:

## I. INTRODUCTION

1.      This is a consumer protection action arising from Defendants' willful failure to validate a disputed debt, continued furnishing of inaccurate credit information, and unlawful collection practices.

2.      Plaintiff sent multiple written disputes and validation requests. Defendants failed to provide competent validation yet continued credit reporting and collection activity.

3.      Defendants later escalated collection through counsel while knowingly furnishing disputed and inaccurate information to consumer reporting agencies.

4.      Defendants' conduct was not accidental but part of a pattern and practice designed to coerce payment without lawful substantiation of alleged debts.

## II. JURISDICTION & VENUE

5.      This Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1331 (a federal question). Alternatively, this Court has jurisdiction over the state law claims pursuant to 28 U.S.C. §1367 (supplemental jurisdiction).

6.      Venue is proper in this district pursuant to s 28 U.S.C. § 1391(b)(2) because the Plaintiff resides in Las Vegas and the injuries occurred here within this District.

## III. PARTIES

7.      Plaintiff Shawn R. Brown (hereinafter, "Shawn"), is a natural person and a "consumer" under federal law.

8. Defendant SPRING OAKS CAPITAL, LLC is a Delaware limited liability company, registered in Virginia; and is a debt buyer regularly engaged in consumer debt collection.

9. Defendant SPRING OAKS CAPITAL SPV, LLC is an affiliated entity involved in ownership or collection; and is also a Delaware limited liability company, registered in Virginia.

10. Defendant GURSTEL LAW FIRM P.C. is a debt-collection law firm. As such, the defendant is subject to this Court's jurisdiction.

11. Defendant DOES 1 through 20 are persons or entities whose identities are presently unknown to Plaintiff but involved in furnishing or collecting the alleged debt.

## IV. STATEMENT OF THE FACTS

### A - Reporting of Alleged Debt

12. Defendants reported a collection account of approximately $10,162 allegedly originating from First National Bank of Omaha.

13. The alleged account was furnished to, at minimum, Experian, Equifax, and TransUnion. *See* Ex. 1.

### B - Plaintiff's Validation Requests

14. On August 28, 2023, Shawn, via certified mail, sent a written dispute and validation request pursuant to 15 U.S.C. §1692g. *See* Ex 2.

15. Shawn requested proof of obligation to the Defendants, calculation of the balance, copies of agreements with Defendants, and proof of licensing.

16. Defendants received the request but failed to provide meaningful validation.

17.     Defendants instead sent a generic statement indicating they were a debt collector but allegedly not attempting to collect a debt. *See* Ex 3.

18.     Shawn sent a follow-up dispute on September 22, 2023 after Defendants failed to comply. *See* Ex 4.

### C - Knowing Continuation of Collection Activity

19.     Despite the written dispute, Defendants continued furnishing the account.

20.     Defendants furnished inaccurate personal identifying information, including an incorrect address.

21.     In December 2025, Shawn issued a final demand for deletion and cessation of collection activity. *See* Ex 5.

22.     Defendants nevertheless pursued collection through Gurstel Law Firm P.C., demonstrating willful disregard of federal law.

### D - Article III Injury

23.     Plaintiff suffered concrete harm including: a) Reduced creditworthiness; b) Lost financial opportunities; c) Emotional distress and reputational harm; and d) Time and expense correcting inaccurate reporting.

24.     These harms are directly traceable to Defendants' conduct.

## V.  CLAIMS FOR RELIEF

### GROUND 1

### FAILURE TO VALIDATE (15 U.S.C. §1692g)

25.     Plaintiff hereby repeats, re-alleges, and incorporates by reference each and every preceding paragraph and allegation as if fully stated herein.

26.     Plaintiff disputed the debt in writing.

27.   Defendants continued collection activity after receiving Plaintiff's written dispute, without providing validation.

28.   Such conduct violates §1692g(b).

## GROUND 2

### FALSE AND MISLEADING REPRESENTATIONS (15 U.S.C. §1692e)

29.   Defendants misrepresented the character and legal status of the alleged debt.

30.   Defendants communicated credit information known to be disputed.

31.   These acts violate §1692e(2), §1692e(8), and §1692e(10)

## GROUND 3

### UNFAIR PRACTICES (15 U.S.C. §1692f)

32.   Attempting to collect an unvalidated debt constitutes unfair and unconscionable conduct.

## GROUND 4

### WILLFUL FURNISHER VIOLATIONS (15 U.S.C. §1681s-2(b))

33.   Plaintiff disputed the account through consumer reporting agencies.

34.   The agencies transmitted notice of dispute to Defendants.

35.   Defendants failed to conduct a reasonable investigation.

36.   Defendants continued furnishing inaccurate and disputed information despite actual knowledge of errors.

37.   Defendants acted knowingly or in reckless disregard of their statutory duties, entitling Plaintiff to punitive damages.

## GROUND 5

### NEVADA DECEPTIVE TRADE PRACTICES ACT (NRS 598)

38.    Defendants knowingly misrepresented the existence, amount, and legal status of the alleged debt.

39.    Defendants' conduct constitutes deceptive trade practices under Nevada law.

40.    Plaintiff suffered damages as a result.

### GROUND 6

### NEGLIGENCE PER SE

41.    Defendants violated statutory duties imposed by federal consumer protection statutes.

42.    Plaintiff suffered foreseeable damages.

## VI. DAMAGES

### INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS

43.    Plaintiff Shawn R. Brown seeks: a) Statutory damages under FDCPA; b) Actual damages; c) Emotional distress damages; d) Punitive damages under FCRA; and e) Costs and allowable fees.

44.    These actions caused Shawn damages.

## VII.    DECLARATORY AND INJUNCTIVE RELIEF

45.    An actual controversy exists regarding the legality of Defendants' conduct.

46.    Plaintiff Shawn R. Brown seeks: a) Declaration that Defendants violated federal law; b) Permanent injunction order requiring deletion of the tradeline; and c) Prohibition against further collection activity absent lawful validation.

## VIII.    PRAYER FOR RELIEF

WHEREFORE, Plaintiff Shawn R. Brown requests that the Court enter judgment against Defendants, jointly and severally, and award Plaintiff the following relief:

1. Statutory damages under 15 U.S.C. §1692k;

2. Actual and punitive damages under 15 U.S.C. §1681n;

3. Declaratory and injunctive relief;

4. Costs and allowable fees;

5. Any additional relief the Court deems just.

## IX. JURY DEMAND

Plaintiff Shawn R. Brown humbly demands trial by jury.

Dated: **March** _13_, 2026.

Shawn R. Brown
10161 Park Run Dr., Ste 150
Las Vegas, NV 89145
Telephone: (725) 224-7610
Email: shawn@sakuraent.com
Plaintiff – *in propria persona*

## VERIFICATION / CERTIFICATION

United States of America )
State of Nevada ) ss.
County of Clark )

I, the Plaintiff in this civil action, being duly sworn, declare that I have read the foregoing Verified Civil Complaint, and that the facts alleged therein are true and correct to the best of my knowledge and belief.

I certify to the best of my knowledge, information and belief, that this Civil Complaint: (1) is not presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for modifying, or reversing existing law; (3) the factual contentions have evidentiary support; and (4) the Civil Complaint otherwise complies with the requirements of Federal Rules of Civil Procedure Rule 11.

I further certify that the copies of the documents attached to this Complaint as exhibits are in fact true and accurate copies of the originals that were provided to myself and/or my attorney.

_____

Shawn R. Brown
Plaintiff – *in propria persona*

SWORN TO AND SUBSCRIBED before me this __13th__ day of **March** 2026.

_____

Notary Public                              Seal:



KENNETH ALBERT RIZO HERNANDEZ
Notary Public-State of Nevada
APPT. NO. 23-6534-01
My Appt. Expires 10-08-2027

8 of 9

## EXHIBIT LIST

| Description | # of Pages |
|---|---|
| 1. Credit Reporting Agencies: | |
|     1. Experian | 2 |
|     2. Transunion | 2 |
|     3. Equifax | 2 |
| 2. Dispute and Validation Request | 4 |
| 3. Spring Oak Capital Letter | 1 |
| 4. Follow Up Letter | 4 |
| 5. Final Demand for Deletion | 5 |

**Self-reported accounts**

You don't have any tradelines added to Experian Boost® yet. Connect an account to get started.

Ex. 1-1

Credit    Money    Protection    Credit Cards    Loans    Auto & Insurance    [Upgrade]

# 1 collection

Total balance: $10,162

SPRING OAKS CAPITAL LL                                          ›

| | |
|---|---|
| Original creditor | **FIRST NATIONAL BANK OF OMAHA** |
| Balance | **$10,162** |
| Balance updated | **Feb 06, 2026** |

Collections can stay on your credit report for up to 7 years from the delinquency date, but they typically affect your FICO® Score less over time.

# 0 inquiries

If you apply for credit, your inquiries—or a list of lenders who have accessed your credit file regarding a credit application—will appear here.

**Your Experian credit file is unlocked.**

Locking your credit file can help prevent unauthorized access.

More on CreditLock



# 0 public records

This is where public records, such as bankruptcies, would appear on your report.

# Personal information

**NAME**
SHAWN BROWN

**ALSO KNOWN AS**
-

**YEAR OF BIRTH**
1976

**ADDRESSES**
9030 W SAHARA AVE PMB PMB 213
LAS VEGAS, NV 89117-5744

631 AVENUE ONE
SAN JOSE, CA 95123-6849

2200 S FORT APACHE RD APT 2033
LAS VEGAS, NV 89117-5716

**EMPLOYERS**
SE FILM PRODUCTION
SAKURA GLOBAL INC

‹ **Back**

# SPRING OAKS CAPITAL LL

Original creditor: FIRST NATIONAL BANK OF OMAHA

## Balance details

**0%** paid off

Balance
**$10,162**   ⓘ

Balance updated
**Feb 06, 2026**   ⓘ

Original balance
**$10,162**   ⓘ

## Account info

Account number
**111824XXX**   ⓘ

Date opened
**May 18, 2022**   ⓘ

Account type
**Debt Buyer**   ⓘ

Status
**Collection account. $10,162 past due as of Feb 2026.**   ⓘ

Status updated
**May 2022**   ⓘ

## Payment summary

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2026 | C | C | - | - | - | - | - | - | - | - | - | - |
| 2025 | - | - | - | - | - | C | C | C | C | C | C | C |

**PAYMENT HISTORY LEGEND**   ⌄

Comments
**Account information disputed by consumer (Meets requirement of the Fair Credit Reporting Act)**   ⓘ

Your statement   ⓘ



## Ex. 1-2

**BRCLYSBANKDE**
Reported: Sep. 12, 2024

$0.00
**In good standing** +

**JPMCB CARD**
Reported: Apr. 08, 2024

$0.00
**In good standing** +

**CITI**
Reported: Apr. 02, 2024

$0.00
**In good standing** +

Show closed (6)
⌄

## Hard Inquiries

When you apply for a new credit account, a hard inquiry will usually get added to your report, which can make a small dent in your score. Here are the inquiries on your TransUnion report.

**LOBEL FIN**
Inquiry: Aug. 27, 2025

Finance/Personal +

**TBOM/MILESTO**
Inquiry: Oct. 13, 2024

Banks +

## Collections

If you've fallen behind on payments, your account could be sent to a collections agency. This can have a big impact on your credit score.

**SPRING OAKS CAPITAL LLC**
Reported: Jan. 30, 2026

$10,162.00
**Needs Attention** +

## Public Records

Things like bankruptcies and legal judgments against you can show up on your credit report and do some damage to your score.

*Lookin' good! As of Feb. 06, 2026, you have no public records on your report.*

## Suggested for your credit

See all

We suggest offers based on your credit, Approval Odds, and money we make from our partners.

**Advertiser Disclosure**



**OneMain Financial**

★★★★⯪
8866 Reviews

Credit Karma's take for this offer

**FAIR APPROVAL ODDS** ⓘ

This is an advertised offer. Odds for approval are for the lender partner only; the APR, amount and other terms may change.

| **LOAN AMOUNT** | | **PAYMENT EST.*** | | |
| --- | --- | --- | --- | --- |

| Today | Credit | Cards | Loans | Money |
| --- | --- | --- | --- | --- |

If you've fallen behind on payments, your account could be sent to a collections agency. This can have a big impact on your credit score.

## SPRING OAKS CAPITAL LLC
Reported: Jan. 30, 2026

**$10,162.00**
**Needs Attention**

Case 2:26-cv-00759-JAD-MDC   Document 2   Filed 03/16/26   Page 13 of 29

### Overview

You have **100%** left to pay on this collection.

| Balance | Highest Balance |
|---|---|
| $10162 | $10162 |

| | |
|---|---|
| Opened | May 18, 2022 (3 yrs, 8 mos) |
| Account status | Open |
| Type | Derogatory |
| Responsibility | Individual |
| Remarks | Placed for collection |
| | Account information disputed by consumer |
| | Account information disputed by consumer |
| Original Creditor Name | FIRST NATIONAL BANK OF OMAHA |
| Closed | No Info |

### See an error?

### Dispute

Something not right? Visit the Dispute Center to submit or check the status of an ongoing dispute with TransUnion.

**Go to dispute center**

### Creditor Information

SPRING OAKS CAPITAL LLC
P.O. BOX 1216
CHESAPEAKE, VA 23327

(833) 418-3085

🔔

**CAPITAL ONE BANK USA**
Inquiry: May 11, 2024

**Ex. 1-3**

**All Banks** +
**(877) 383-4802**

## Collections

If you've fallen behind on payments, your account could be sent to a collections agency. This can have a big impact on your credit score.

**SPRING OAKS CAPITAL,**
Reported: Jan. 02, 2026

$10,162.00 +
**Needs Attention**

Show closed (1)
ⱽ

## Public Records

Things like bankruptcies and legal judgments against you can show up on your credit report and do some damage to your score.

*Lookin' good! As of Feb. 06, 2026, you have no public records on your report.*

**Suggested for your credit**

See all

We suggest offers based on your credit, Approval Odds, and money we make from our partners.

**Advertiser Disclosure**

**OneMain Financial**

**OneMain Financial.**

★★★★⯪
8866 Reviews

Credit Karma's take for this offer

**FAIR APPROVAL ODDS**   ⓘ

This is an advertised offer. Odds for approval are for the lender partner only; the APR, amount and other terms may change.

| LOAN AMOUNT | PAYMENT EST.* |
|---|---|
| $10,000 | $350 /month |
| **APR EST.*** | **LENGTH*** |
| 35.99% | 66 months |
| **INTEREST & FEES EST.*** | |
| $14,077 | |

Take offer

Edit loan amount



| Today | Credit | Cards | Loans | Money |
|---|---|---|---|---|

🔔

**CAPITAL ONE BANK USA**
Inquiry: May 11, 2024

**All Banks** +
**(877) 383-4802**

## Collections

If you've fallen behind on payments, your account could be sent to a collections agency. This can have a big impact on your credit score.

**SPRING OAKS CAPITAL,**
Reported: Jan. 02, 2026

**$10,162.00** −
**Needs Attention**

### Overview

You have **100%** left to pay on this collection.

| | |
|---|---|
| Balance | Highest Balance |
| $10162 | $10162 |

| | |
|---|---|
| Opened | May 18, 2022 (3 yrs, 8 mos) |
| Account status | Open |
| Type | No Info |
| Responsibility | Individual Account. |
| Remarks | Consumer disputes this account information |
| | Collection account |
| Original Creditor Name | No Info |
| Closed | No Info |

**See an error?**

**Dispute**

Something not right? Visit the Dispute Center to submit or check the status of an ongoing dispute with TransUnion.

Go to dispute center

**Creditor Information**

SPRING OAKS CAPITAL,
1400 CROSSWAYS BOULEVARD STE 100b
CHESAPEAKE, VA 23320

(866) 712-0694

Show closed (1)
⌄

## Public Records

Things like bankruptcies and legal judgments against you can show up on your credit report and do some damage to your score.

*Lookin' good! As of Feb. 06, 2026, you have no public records on your report.*

**Suggested for your credit**                                                           See all

We suggest offers based on your credit, Approval Odds, and money we make from our partners.

Advertiser Disclosure

| 📄 | 〰️ | 💳 | 💰 | 💵 |
|---|---|---|---|---|
| Today | Credit | Cards | Loans | Money |

Ex. 2



Certified Mail # ___ 7020-3160-0000-0892-9902 ___

**Request to Validate Debt**

To:   **Spring Oaks Capital LLC**          From:      Shawn Brown
      P.O. Box 1216                                    c/o Sakura Global, Inc.
      Chesapeake, VA 23327-1216                               10161 Park Run Dr., Suite 150
      (866) 281-3065                                   Las Vegas, Nevada 89145

Date:  August 28, 2023

Re:    Social Security Number: XXX – XX – 8479 ($10,162)

To Whom It May Concern,

This letter is being sent to you in response to an item that you have been reporting on my credit. Be advised that this is not a refusal to pay, but a notice sent pursuant to the Fair Debt Collections Practices Act (FDCPA), 15 U.S.C. 1692g, Sec. 809(b), that your claim is disputed, and validation is requested.

This is NOT a request for "verification" or proof of my mailing address, but a request for VALIDATION made pursuant to the above-named Title and Section. I respectfully request that your offices provide me with competent evidence that I have any legal obligation to pay you.

Please provide me with the following:

1. What the money you say I owe you is for;
2. Explain and show me how you calculated what you say I owe;
3. Provide me with copies of any papers that show I agreed to pay you what you say I owe;
4. Provide a verification or copy of any judgment if applicable;
5. Identify the original creditor;
6. Prove the Statute of Limitations has not expired on this account;
7. Show me that you are licensed to collect in my state;
8. Provide me with your license numbers and Registered Agent

At this time, I will also inform you that if your offices have reported invalidated information to any of the 3 major Credit Bureaus (Equifax, Experian, or Transunion) this action might constitute fraud under both Federal and State Laws. Due to this fact, if any negative mark is found on any of my credit reports by your company or the company that you represent, I will not hesitate in bringing legal action against you for the following;

A. Violation of the Fair Credit Reporting Act;
B. Violation of the Fair Debt Collections Practices Act;
C. Defamation of Character

If your offices are able to provide the proper documentation as requested in this declaration, I will require at least 30 days to investigate this information and during such time all collection activity must cease and desist.

Also, during this validation period, if any action is taken which could be considered detrimental to any of my credit reports, I will consult with my legal counsel for suit. This includes the listing of any information to any

PAGE 1 of 2

REQUEST TO VALIDATION DEBT          Spring Oaks Capital LLC

Certified Mail # ___**7020-3160-0000-0892-9902**__

## Request to Validate Debt

---

**To:** **Spring Oaks Capital LLC**
P.O. Box 1216
Chesapeake, VA 23327-1216
(866) 281-3065

**From:** Shawn Brown
c/o Sakura Global, Inc.
    10161 Park Run Dr., Suite 150
Las Vegas, Nevada 89145

---

**Date: August 28, 2023**

**Re:** **Social Security Number: XXX – XX - 8479 ($10,162)**

To Whom It May Concern,

This letter is being sent to you in response to an item that you have been reporting on my credit. Be advised that this is not a refusal to pay, but a notice sent pursuant to the Fair Debt Collections Practices Act (FDCPA), 15 U.S.C. 1692g, Sec. 809(h), that your claim is disputed, and validation is requested.

This is NOT a request for "verification" or proof of my mailing address, but a request for VALIDATION made pursuant to the above-named Title and Section. I respectfully request that your offices provide me with competent evidence that I have any legal obligation to pay you.

Please provide me with the following:

1. What the money you say I owe you is for;
2. Explain and show me how you calculated what you say I owe;
3. Provide me with copies of any papers that show I agreed to pay you what you say I owe;
4. Provide a verification or copy of any judgment if applicable;
5. Identify the original creditor;
6. Prove the Statute of Limitations has not expired on this account;
7. Show me that you are licensed to collect in my state;
8. Provide me with your license numbers and Registered Agent

At this time, I will also inform you that if your offices have reported invalidated information to any of the 3 major Credit Bureaus (Equifax, Experian, or Transunion) this action might constitute fraud under both Federal and State Laws. Due to this fact, if any negative mark is found on any of my credit reports by your company or the company that you represent, I will not hesitate in bringing legal action against you for the following;

A. Violation of the Fair Credit Reporting Act;
B. Violation of the Fair Debt Collections Practices Act;
C. Defamation of Character

If your offices are able to provide the proper documentation as requested in this declaration, I will require at least 30 days to investigate this information and during such time all collection activity must cease and desist.

PAGE1 of 2

REQUEST TO VALIDATION DEBT        Spring Oaks Capital LLC

Certified Mail # ___**7020-3160-0000-0892-9902**___

Also, during this validation period, if any action is taken which could be considered detrimental to any of my credit reports, I will consult with my legal counsel for suit. This includes the listing of any information to any credit reporting agency that could be inaccurate or invalidated, or verifying an account when in fact there is no provided proof that it exists.

If your offices fail to respond to this validation request **within 30 days** from the date of your receipt, all references to this account MUST be deleted and completely removed from my credit file and a copy of such deletion request shall be sent to me immediately.

I would also like to request, in writing, that no telephone contact be made by your offices to my home or to my place of employment. If your offices attempt telephone communication with me including, but not limited to, computer generated calls and calls or correspondence sent to or with any third parties, it will be considered harassment and I will have no choice but to file suit. All future communications with me MUST be done in writing and sent to the address noted in this letter by USPS.

If would be advisable that you assure that your records are in order before I am forced to take legal action. This is an attempt to correct your records, and information obtained shall be used for that purpose.

Best Regards,

_____

Shawn Brown
c/o Sakura Global Inc.
10161 Park Run Dr., Suite 150
Las Vegas, Nevada 89145

REQUEST TO VALIDATION DEBT                    Spring Oaks Capital LLC





Ex. 3

Date: September 12, 2023



SPRING OAKS CAPITAL
LLC

Shawn R Brown

10161 PARK RN DR

STE 150

LAS VEGAS, NV 89145

**Post Office Box 1216**

**Chesapeake, VA 23327-1216**

**Toll Free Number: 866-539-7525**

**Office Hours:**

**M-Thurs. 8am-9pm EST**

**F 8am-6pm EST**

**ACCOUNT INFORMATION**
Original Creditor: First National Bank of Omaha
Original Account No.: 5522769265136851
Current Creditor: Spring Oaks Capital SPV, LLC
Reference No.: 111824820
Balance: $10,162.37

Dear Shawn R Brown,

Our office is in receipt of your dispute and/or request for validation of the debt. Please be advised that we have reviewed your account and have confirmed the name and amount owed on the account. Based on our investigation of your dispute, we have determined that you are the correct consumer listed for this account.

Enclosed you will find documents associated with your account provided in response to your dispute and/or request for validation. Should you have any questions regarding this account, please feel free to contact us.

Thank you,

Spring Oaks Capital, LLC

We are a debt collector, but this is not an attempt to collect a debt.

**SEE FOLLOWING PAGE(S) FOR IMPORTANT INFORMATION**

Ex. 4

Certified Mail #: ___7022-3330-0001-5977-6184___

### Follow-Up Letter RE: REQUEST TO VALIDATE DEBT

**To:** Spring Oaks Capital LLC    **From:**    Shawn Brown
P.O. Box 1216    c/o Sakura Global, Inc.
Chesapeake, VA 23327-1216    10161 Park Run Dr., Ste 150
(866) 281-3065    Las Vegas, Nevada 89145

---

**Date:** September 22, 2023
**Re:** Social Security Number: XXX – XX - 8479 ($10,162)

To Whom It May Concern,

I have previously sent you a request to validate my debt pertaining to the above references account on August 28, 2023.

Under the Fair Debt Collections Practices Act (FDCPA), 15 USC 1692(g), Sec. 809(h), I have the right to request validation of the debt you say I owe you. I have given you 30 days to remedy the situation, which is a very reasonable period. This request was sent via certified mail #7020-3160-0000-0892-9902 and received and signed for by your office on September 5, 2023 as evidenced by the returned certified mail delivery card #9590-9402-6835-1074-4216-76.

You have NOT provided me with the following requested items:

1. What the money you say I owe you is for;
2. Explain and show me how you calculated what you say I owe;
3. Provide me with copies of any papers that show I agreed to pay you what you say I owe;
4. Provide a verification or copy of any judgment if applicable;
5. Identify the original creditor;
6. Prove the Statute of Limitations has not expired on this account;
7. Show me that you are licensed to collect in my state;
8. Provide me with your license numbers and Registered Agent

Instead, you sent me a letter stating that you *"are a debt collector, but this is not an attempt to collect a debt"*. As such, you have been FRAUDULENTLY reporting this unvalidated debt on my credit report, in direct violation of the FDCPA...including, but not limited to 15 US C § 1692e.

Since you are still reporting this account on my credit report, you are now in violation of the FDCPA, and are now subject to fines of $1,000 (see 15 USC 1692(k)) which I may collect from you by filing a claim in small claims court. I intend to follow through with the suit if I do not hear back from you within 5 days of your receipt of this letter with a declaration that the above is no longer being reported on my credit report.

Please note that, if you have not removed this fraudulent collection from my credit report within the 5-days stated above, my legal action against your company will be PROMPTLY filed in federal court pursuant to 15 USC § 1692k.

*Follow-Up Letter RE: Request to Validate Debt*
1 of 2

Certified Mail #: ___7022-3330-0001-5977-6184___

You should also be aware that reporting such invalidated information to major credit bureaus might constitute defamation of character, as the negative marks on my credit report harm my credit and prevent me from enjoying all the benefits of good credit. I'm sure your legal staff will agree that non-compliance with this request could put your company in serious legal trouble with the FTC and other state and federal agencies.

I look forward to an uneventful resolution to this matter.

Best Regards,

Shawn Brown
c/o Sakura Global Inc.
10161 Park Run Dr., Suite 150
Las Vegas, Nevada 89145



2 of 2

*Certified Mail #:* ___**7022-3330-0001-5977-6184**___

*Follow-Up Letter* **RE: REQUEST TO VALIDATE DEBT**

| | | | |
|---|---|---|---|
| **To:** | **Spring Oaks Capital LLC** | **From:** | Shawn Brown |
| | P.O. Box 1216 | | c/o Sakura Global, Inc. |
| | Chesapeake, VA 23327-1216 | | 10161 Park Run Dr., Ste 150 |
| | (866) 281-3065 | | Las Vegas, Nevada 89145 |

**Date:** September 22, 2023
**Re:** **Social Security Number: XXX – XX - 8479 ($10,162)**

To Whom It May Concern,

I have previously sent you a request to validate my debt pertaining to the above references account on August 28, 2023.

Under the Fair Debt Collections Practices Act (FDCPA), 15 USC 1692(g), Sec. 809(h), I have the right to request validation of the debt you say I owe you. I have given you 30 days to remedy the situation, which is a very reasonable period. This request was sent via certified mail **#7020-3160-0000-0892-9902** and received and signed for by your office on September 5, 2023 as evidenced by the returned certified mail delivery card **#9590-9402-6835-1074-4216-76**.

You have NOT provided me with the following requested items:

1. What the money you say I owe you is for;
2. Explain and show me how you calculated what you say I owe;
3. Provide me with copies of any papers that show I agreed to pay you what you say I owe;
4. Provide a verification or copy of any judgment if applicable;
5. Identify the original creditor;
6. Prove the Statute of Limitations has not expired on this account;
7. Show me that you are licensed to collect in my state;
8. Provide me with your license numbers and Registered Agent

Instead, you sent me a letter stating that you **"*are a debt collector, but this is not an attempt to collect a debt*"**. As such, you have been FRAUDULENTLY reporting this unvalidated debt on my credit report, in direct violation of the FDCPA...including, but not limited to 15 US C § 1692e.

Since you are still reporting this account on my credit report, you are now in violation of the FDCPA, and are now subject to fines of $1,000 (see 15 USC 1692(k)) which I may collect from you by filing a claim in small claims court. I intend to follow through with the suit if I do not hear back from you within 5 days of your receipt of this letter with a declaration that the above is no longer being reported on my credit report.

Please note that, if you have not removed this fraudulent collection from my credit report within the 5-days stated above, my legal action against your company will be PROMPTLY filed in federal court pursuant to 15 USC § 1692k.

*Follow-Up Letter RE: Request to Validate Debt*                                                                    1 of 2

*Certified Mail #:* ___**7022-3330-0001-5977-6184**___

You should also be aware that reporting such invalidated information to major credit bureaus might constitute defamation of character, as the negative marks on my credit report harm my credit and prevent me from enjoying all the benefits of good credit. I'm sure your legal staff will agree that non-compliance with this request could put your company in serious legal trouble with the FTC and other state and federal agencies.

I look forward to an uneventful resolution to this matter.

Best Regards,

_____

Shawn Brown
c/o Sakura Global Inc.
10161 Park Run Dr., Suite 150
Las Vegas, Nevada 89145

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Spring Oaks Capital, LLC
   P.O. Box 1216
   Chesapeake, VA 23327-1216

‖‖‖‖‖ ‖‖‖ ‖‖ ‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖
9590 9402 8233 3030 4349 68

2. Article Number (Transfer from service label)

   7022 3330 0001 5977 6184

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _____  ☐ Agent  ☐ Addressee

B. Received by (Printed Name) | C. Date of Delivery
09.27.23

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
   ☐ Adult Signature
   ☐ Adult Signature Restricted Delivery
   ☒ Certified Mail®
   ☐ Certified Mail Restricted Delivery
   ☐ Collect on Delivery
   ☐ Collect on Delivery Restricted Delivery
   ☐ Restricted Delivery

   ☐ Priority Mail Express®
   ☐ Registered Mail™
   ☐ Registered Mail Restricted Delivery
   ☐ Signature Confirmation™
   ☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053          Domestic Return Receipt

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

Chesapeake, VA 23327

| | | |
|---|---|---|
| Certified Mail Fee $4.35 | | 0019 |
| $ $3.55 | | 06 |
| Extra Services & Fees (check box, add fee as appropriate) | | |
| ☐ Return Receipt (hardcopy) $ $0.00 | | |
| ☐ Return Receipt (electronic) $ $0.00 | | |
| ☐ Certified Mail Restricted Delivery $ $0.00 | | |
| ☐ Adult Signature Required $ $0.00 | | |
| ☐ Adult Signature Restricted Delivery $ | | |
| Postage $0.66 | | |
| $ | | |
| Total Postage and Fees $8.56 | | |
| $ | | |

SPRING VALLEY STATION
Postmark Here
SEP 22 2023
09/22/2023
LAS VEGAS NV 89117

Sent To  SPRING OAKS CAPITAL LLC
Street and Apt. No., or PO Box No.  P.O. BOX 1216
City, State, ZIP+4®  CHESAPEAKE, VA 23327-1216

PS Form 3800, April 2015 PSN 7530-02-000-9047          See Reverse for Instructions

Certified Mail # **9589-0710-5270-0947-6917-33**

*Copy*

**Ex. 5**

## Re: Demand for Immediate Deletion of Unvalidated Collection Account

**From: Shawn R. Brown**
c/o Sakura Global, Inc.
10161 Park Run Dr., Suite 150
Las Vegas, Nevada 89145

**To:    Spring Oaks Capital LLC**
P.O. Box 1216
Chesapeake, VA 23327-1216
(866) 281-3065

**copy   Gurstel Law Firm P.C.**
6681 Country Club Drive
Golden Valley, MN 55427
(877) 344-4002

*Via Certified Mail – Return Receipt Requested*

**Date: December 26, 2025**

**Alleged Original Creditor:** First National Bank of Omaha
**Alleged Amount:** $10,162
**Credit Reporting Agencies:** Experian, Equifax, TransUnion
**Account No.:** **************6851
**SSN:** XXX-XX-8479

To Whom It May Concern:

I am writing to demand that Spring Oaks Capital LLC immediately remove and cease reporting the above-referenced collection account to **all** consumer reporting agencies. This account has been reported on my personal credit file despite your failure to provide proper **validation** after my timely written requests.

For avoidance of doubt, this demand applies to Spring Oaks Capital LLC and **any related entity, affiliate, assignee, or alias name** used in connection with this alleged account, including but not limited to **Spring Oaks Capital SPV, LLC** (collectively hereinafter, "Spring Oaks").

While the tradeline is reported as **Spring Oaks Capital, LLC**, Gurstel Law Firm P.C. has stated: "**Gurstel Law Firm, P.C. is a debt collector. We are trying to collect a debt that you owe to Spring Oaks Capital SPV, LLC.**"

In addition, you are reporting **inaccurate personal information** associated with this alleged account, including a **false/incorrect address** being furnished to consumer reporting agencies. Specifically, you are reporting the following address: **8251 W Sunset Rd., Unit 185, Las Vegas, NV 89113**. My correct address is: **9030 W Sahara Ave., Unit 213, Las Vegas, NV 89117**. The furnishing of inaccurate personal identifying information is harmful JAD and must be corrected immediately.

*DEMAND LETTER*                Spring Oaks Capital LLC – Gurstel Law Firm                PAGE 1 of 3

Certified Mail # **9589-0710-5270-0947-6917-33**

## Background and Notice of Prior Validation Requests

1. **August 2023:** I mailed Spring Oaks Capital LLC a written **Request for Validation** of the alleged debt and requested documentation supporting the claim.

2. Spring Oaks **responded** to my initial request, but **failed to provide the requested documentation and validation**. Instead, Spring Oaks sent a simple letter stating that it "**is a debt collector, but this is not an attempt to collect a debt**."

3. **September 2023:** I mailed a **Follow-Up Letter** notifying Spring Oaks that continued credit reporting and collection activity without providing the requested validation/documentation was improper and unlawful.

Immediately after my validation request(s), Spring Oaks removed the item on a couple of bureaus; however, recently, Spring Oaks has began furnishing this collection tradeline and is now attempting to collect through **Gurstel Law Firm P.C.**

## Violations

Your continued collection activity and credit reporting of an alleged debt that HAS NOT been properly **validated** after my written request constitutes conduct prohibited by the **Fair Debt Collection Practices Act (FDCPA), 15 U.S.C. § 1692 et seq.**

Additionally, the continued furnishing of inaccurate or unverified information (including inaccurate address information) to consumer reporting agencies is harmful and creates ongoing damages.

## Demand

Accordingly, I demand the following:

1. **Immediate deletion** of this collection account from **Experian, Equifax, and TransUnion** (and any other consumer reporting agency to which you have furnished information).

2. **Immediate cessation** of all collection activity related to this alleged account.

3. Written confirmation to me that the account has been **deleted** from all credit reporting agencies.

## Deadline and Notice of Intent to Sue

You are hereby placed on notice that if this item is not **removed from all credit reporting agencies within five (5) business days of your receipt of this letter**, I will proceed with filing a complaint in **federal court** seeking all available relief, including statutory damages, actual damages, costs, and attorney's fees as permitted under **15 U.S.C. § 1692k**, and any other applicable law.

This letter is sent in good faith to provide you an opportunity to correct your reporting and collection conduct immediately.

Please direct all future communications to me **in writing only** via U.S. Mail at the address listed above and below (c/o address).

***DEMAND LETTER***          Spring Oaks Capital LLC – Gurstel Law Firm          PAGE 2 of 3

Certified Mail # **9589-0710-5270-0947-6917-33**

Sincerely,

Shawn R. Brown
c/o Sakura Global Inc.
10161 Park Run Dr., Suite 150
Las Vegas, Nevada 89145

## Enclosures

- Current credit report page(s) showing the Spring Oaks tradeline

## CC

- **SPRING OAKS CAPITAL, LLC**; 1400 Crossways Blvd Ste 100B, Chesapeake, VA, 23320
  - RA - **CORPORATION SERVICE COMPANY**; 100 Shockoe Slip Fl 2, Richmond, VA, 23219
- **SPRING OAKS CAPITAL SPV, LLC**; 1400 Crossways Blvd Ste 100B, Chesapeake, VA, 23320
  - RA - **CORPORATION SERVICE COMPANY**; 100 Shockoe Slip Fl 2, Richmond, VA, 23219
- DELAWARE: **SPRING OAKS CAPITAL, LLC**;
  - RA - **CORPORATION SERVICE COMPANY**; 251 Little Falls Dr., Wilmington, DE 19808
- DELAWARE: **SPRING OAKS CAPITAL SPV, LLC**;
  - RA - **CORPORATION SERVICE COMPANY**; 251 Little Falls Dr., Wilmington, DE 19808
- **Gurstel Law Firm P.C.**; 8495 West Sunset Road, Suite 201, Las Vegas, NV 89113



**U.S. Postal Service™ CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

Chesapeake, VA 23327

Certified Mail Fee $5.30
$4.40
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy) $ $0.00
☐ Return Receipt (electronic) $ $0.00
☐ Certified Mail Restricted Delivery $ $0.00
☐ Adult Signature Required $ $0.00
☐ Adult Signature Restricted Delivery $
Postage $1.07
Total Postage and Fees $10.77
Postmark Here JAN - 7 2026
01/07/2026

Sent To SPRING OAKS CAPITAL LLC
Street and Apt. No., or PO Box No. P.O. BOX 1216
City, State, ZIP+4® CHESAPEAKE, VA 23327

PS Form 3800, January 2023 PSN 7530-02-000-9047    See Reverse for Instructions

---

**U.S. Postal Service CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

Richmond, VA 23219

Certified Mail Fee $5.30
$0.00
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy) $ $0.00
☐ Return Receipt (electronic) $ $0.00
☐ Certified Mail Restricted Delivery $ $0.00
☐ Adult Signature Required $ $0.00
☐ Adult Signature Restricted Delivery $
Postage $1.07
Total Postage and Fees $6.37
Postmark Here
01/07/2026

Sent To CORPORATION SERVICE COMPANY
Street and Apt. No., or PO Box No. 100 SHOCKOE SLIP FL2
City, State, ZIP+4® RICHMOND, VA 23219

PS Form 3800, January 2023 PSN 7530-02-000-9047    See Reverse for Instructions



**U.S. Postal Service™ CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

Wilmington, DE 19808

Certified Mail Fee $5.30
$0.00
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy) $ $0.00
☐ Return Receipt (electronic) $ $0.00
☐ Certified Mail Restricted Delivery $ $0.00
☐ Adult Signature Required $ $0.00
☐ Adult Signature Restricted Delivery $
Postage $1.07
Total Postage and Fees $6.37
Postmark Here JAN - 7 2026
01/07/2026

Sent To CORPORATION SERVICE COMPANY
Street and Apt. No., or PO Box No. 251 LITTLE FALLS PR.
City, State, ZIP+4® WILMINGTON, DE 19808

PS Form 3800, January 2023 PSN 7530-02-000-9047    See Reverse for Instructions

---



**U.S. Postal Service™ CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

Chesapeake, VA 23320

Certified Mail Fee $5.30
$0.00
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy) $ $0.00
☐ Return Receipt (electronic) $ $0.00
☐ Certified Mail Restricted Delivery $ $0.00
☐ Adult Signature Required $ $0.00
☐ Adult Signature Restricted Delivery $
Postage $1.07
Total Postage and Fees $6.37
Postmark Here JAN - 7 2026
01/07/2026

Sent To SPRING OAKS CAPITAL SPV, LLC
Street and Apt. No., or PO Box No. 1400 CROSSWAYS BLVD STE 100B
City, State, ZIP+4® CHESAPEAKE, VA 23320

PS Form 3800, January 2023 PSN 7530-02-000-9047    See Reverse for Instructions



**U.S. Postal Service™ CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

Chesapeake, VA 23320

Certified Mail Fee $5.30
$0.00
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy) $ $0.00
☐ Return Receipt (electronic) $ $0.00
☐ Certified Mail Restricted Delivery $ $0.00
☐ Adult Signature Required $ $0.00
☐ Adult Signature Restricted Delivery $
Postage $1.07
Total Postage and Fees $6.37
Postmark Here
01/07/2026

Sent To SPRING OAKS CAPITAL LLC
Street and Apt. No., or PO Box No. 1400 CROSSWAYS BLVD STE 100B
City, State, ZIP+4® CHESAPEAKE, VA 23320

PS Form 3800, January 2023 PSN 7530-02-000-9047    See Reverse for Instructions

---



**U.S. Postal Service™ CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

Las Vegas, NV 89113

Certified Mail Fee $5.30
$4.40
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy) $ $0.00
☐ Return Receipt (electronic) $ $0.00
☐ Certified Mail Restricted Delivery $ $0.00
☐ Adult Signature Required $ $0.00
☐ Adult Signature Restricted Delivery $
Postage $1.07
Total Postage and Fees $10.77
Postmark Here JAN - 7 2026
01/07/2026

Sent To GURSTEL LAW FIRM P.C.
Street and Apt. No., or PO Box No. 8995 W. SUNSET RD. SUITE 201
City, State, ZIP+4® LAS VEGAS NV 89113

PS Form 3800, January 2023 PSN 7530-02-000-9047    See Reverse for Instructions

# UNITED STATES POSTAL SERVICE.

WESTRIDGE
7925 W RUSSELL RD
LAS VEGAS, NV 89113-9998
www.usps.com

01/07/2026                              05:06 PM

--------------------------------------------

TRACKING NUMBERS
9589 0710 5270 0947 6917 33
9589 0710 5270 3549 2000 20
9589 0710 5270 3549 2000 13
9589 0710 5270 3549 2000 37
9589 0710 5270 3549 2000 44
9589 0710 5270 3549 2000 51

TRACK STATUS OF ITEMS WITH THIS CODE
(UP TO 25 ITEMS)



TRACK STATUS BY TEXT MESSAGE
Send tracking number to 28777 (2USPS)
Standard message and data rates may apply

--------------------------------------------

TRACK STATUS ONLINE
Visit https://www.usps.com/tracking
Text and e-mail alerts available

--------------------------------------------

PURCHASE DETAILS

| Product | Qty | Unit Price | Price |
|---------|-----|------------|-------|
| First-Class Mail® Letter | 1 | | $1.07 |

Chesapeake, VA 23327
Weight: 0 lb 1.40 oz
Estimated Delivery Date
    Wed 01/14/2026

| Certified Mail® | | | $5.30 |

Tracking #:
    9589 0710 5270 0947 6917 33

| Return Receipt | | | $4.40 |

Tracking #:
    9590 9402 6775 1074 7464 26

| Total | | | $10.77 |

| First-Class Mail® Letter | 1 | | $1.07 |

Las Vegas, NV 89113
Weight: 0 lb 1.40 oz
Estimated Delivery Date
    Mon 01/12/2026

| Certified Mail® | | | $5.30 |

Tracking #:
    9589 0710 5270 3549 2000 20

| Return Receipt | | | $4.40 |

Tracking #:
    9590 9402 9602 5121 8839 00

| Total | | | $10.77 |

| First-Class Mail® Letter | 1 | | $1.07 |

Chesapeake, VA 23320
Weight: 0 lb 1.30 oz
Estimated Delivery Date
    Wed 01/14/2026

| Certified Mail® | | | $5.30 |

Tracking #: