Generated: Mar 13, 2026 4:00PM

# U.S. District Court

## Nevada None - Las Vegas

Receipt Date: Mar 13, 2026 4:00PM

Shawn Brown

Rcpt. No: 200018951      Trans. Date: Mar 13, 2026 4:00PM      Cashier ID: #AZ (4392)

| CD | Purpose | Case/Party/Defendant | Qty | Price | Amt |
|----|---------|----------------------|-----|-------|-----|
| 200 | Civil Filing Fee- Non-Prisoner | | 1 | 405.00 | 405.00 |

| CD | Tender | Amt |
|----|--------|-----|
| CC | Credit Card | $405.00 |

|  | | |
|--|--|--|
| | Total Due Prior to Payment: | $405.00 |
| | Total Tendered: | $405.00 |
| | Total Cash Received: | $0.00 |

**Comments**: 2:26-cv-00759-JAD-MDC

Only when the bank clears the check, money order, or verifies credit of funds, is the fee or debt officially paid or discharged. A $53 fee will be charged for a returned check.