AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Nevada



|  |  |
|---|---|
| Shawn R. Brown <br><br> *Plaintiff(s)* <br><br> v. <br><br> Spring Oaks Capital, LLC <br> Spring Oaks Capital SPV, LLC <br> Gurstel Law Firm P.C. <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Civil Action No. 2:26-cv-00759 |

FILED _____ ENTERED    _____ RECEIVED
_____ SERVED ON
COUNSEL/PARTIES OF RECORD

APR 0 9 2026

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Gurstel Law Firm P.C.
Registered Agent - C T Corporation System Inc
701 S Carson St., Ste 200
Carson City, NV 89701

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Shawn R. Brown
c/o Sakura Global
10161 Park Run Dr., Ste 150
Las Vegas, NV 89145

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

ALZ

Date:    04/09/2026

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

FILED _____ RECEIVED
ENTERED _____ SERVED ON
COUNSEL/PARTIES OF RECORD

APR 0 9 2026

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:_____ DEPUTY

# UNITED STATES DISTRICT COURT
### for the
### District of Nevada

| | | |
|---|---|---|
| Shawn R. Brown | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No.  2:26-cv-00759 |
| Spring Oaks Capital, LLC | ) | |
| Spring Oaks Capital SPV, LLC | ) | |
| Gurstel Law Firm P.C. | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Spring Oaks Capital SPV, LLC
Registered Agent - Corporation Services Company
251 Little Falls Drive
Wilmington, DE 19808

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Shawn R. Brown
c/o Sakura Global
10161 Park Run Dr., Ste 150
Las Vegas, NV 89145

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



*CLERK OF COURT*

ALZ

Date:        04/09/2026

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

FILED
ENTERED ___ RECEIVED
___ SERVED ON
COUNSEL/PARTIES OF RECORD

APR 0 9 2026

BY: _____

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
_____ DEPUTY

# UNITED STATES DISTRICT COURT

for the

District of Nevada

| | | |
|---|---|---|
| Shawn R. Brown | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. 2:26-cv-00759 |
| | ) | |
| Spring Oaks Capital, LLC | ) | |
| Spring Oaks Capital SPV, LLC | ) | |
| Gurstel Law Firm P.C. | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Spring Oaks Capital, LLC
Registered Agent - Corporation Services Company
251 Little Falls Drive
Wilmington, DE 19808

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Shawn R. Brown
c/o Sakura Global
10161 Park Run Dr., Ste 150
Las Vegas, NV 89145

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



*CLERK OF COURT*

Date:   04/09/2026

ALZ

*Signature of Clerk or Deputy Clerk*