**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

SHAWN R. BROWN ,                                    ) CASE NO.:  26-CV-00759-JAD-MDC
                                                    )
                      Plaintiff,                    )
                                                    )
              vs.                                   )
                                                    )
SPRING OAKS CAPITAL, LLC; SPRING OAKS  )
CAPITAL SPV, LLC; and GURSTEL LAW          )
FIRM, P.C.                                         )
                                                    )
                      Defendant(s).                )
-----------------------------------------------------------

**DECLARATION OF SONIA CHIRIBOGA IN SUPPORT OF**
**GURSTEL LAW FIRM, P.C.'S MOTION**
**TO DISMISS ORIGINAL COMPLAINT WITH PREJUDICE**

I, Sonia Chiriboga, state and declare as follows:

1.  I am the Head of Dispute Management for Spring Oaks Capital, LLC ("Defendant").

2.  I make this declaration in support of Defendant Gurstel Law Firm, P.C.'s Motion to Dismiss the Complaint in the above-captioned litigation.

3.  I am a custodian of records kept by Spring Oaks. Said records are regularly maintained in the ordinary course of business with entries made contemporaneously with the transactions recorded therein. Said records are true and correct.  I have reviewed and am familiar with the files relevant to this action.

4.  Attached hereto as EXHIBIT A is a true and correct copy of correspondence sent by Spring Oaks to Shawn R. Brown, dated September 12, 2023.

5.  Attached hereto as EXHIBIT B is a true and correct copy of correspondence sent by Spring Oaks to Shawn R. Brown, dated October 6, 2023

I declare under penalty of perjury that the foregoing is true and correct.

1

Executed on May 15, 2026

*Sonia Chiriboga*

_____

Sonia Chiriboga