**HALL & EVANS, LLC**
1160 North Town Center Drive
Suite 330
Las Vegas, Nevada 89144
(702) 998-1022

EXHIBIT A
VERIFICATION RESPONSE

30                              KRB/22061-1+

Date: September 12, 2023



Shawn R Brown

10161 PARK RN DR

STE 150

LAS VEGAS, NV 89145

**Post Office Box 1216**

**Chesapeake, VA 23327-1216**

**Toll Free Number: 866-539-7525**

**Office Hours:**

**M-Thurs. 8am-9pm EST**

**F 8am-6pm EST**

**ACCOUNT INFORMATION**
Original Creditor: First National Bank of Omaha
Original Account No.:▮▮▮▮▮6851
Current Creditor: Spring Oaks Capital SPV, LLC
Reference No.:▮▮▮▮4820
Balance: $10,162.37

Dear Shawn R Brown,

Our office is in receipt of your dispute and/or request for validation of the debt.  Please be advised that we have reviewed your account and have confirmed the name and amount owed on the account.  Based on our investigation of your dispute, we have determined that you are the correct consumer listed for this account.

Enclosed you will find documents associated with your account provided in response to your dispute and/or request for validation.  Should you have any questions regarding this account, please feel free to contact us.

Thank you,

Spring Oaks Capital, LLC

We are a debt collector, but this is not an attempt to collect a debt.

**SEE FOLLOWING PAGE(S) FOR IMPORTANT INFORMATION**

**For California Residents:**

Spring Oaks Capital, LLC's California Department of Financial Protection & Innovation license number: 10603-99.

**For Colorado Residents:**

The address and telephone number of our local office is as follows: 8690 Wolff Court, Suite 110, Westminster, CO 80031; Colorado telephone for Colorado residents only: 303-920-4763. For residents of all other states, please use our toll free 866-539-7525.

**For Connecticut Residents:**

This collection agency is licensed in Connecticut, License number CCA-1916692. NMLS #1916692.

**For Massachusetts Residents:**

NOTICE OF IMPORTANT RIGHTS

You have the right to make a written or oral request that telephone calls regarding your debt not be made to you at your place of employment. Any such oral request will be valid for only ten days unless you provide written confirmation of the request postmarked or delivered within seven days of such request. You may terminate this request by writing to the debt collector.

**For New York Residents:**

If a creditor or debt collector receives a money judgment against you in court, state and federal laws may prevent the following types of income from being taken to pay the debt: 1. Supplemental security income, (SSI); 2. Social security; 3. Public assistance (welfare); 4. Spousal support, maintenance (alimony) or child support; 5. Unemployment benefits;  6. Disability benefits; 7. Workers' compensation benefits; 8. Public or private pensions; 9. Veterans' benefits; 10. Federal student loans, federal student grants, and federal work study funds; and 11. Ninety percent of your wages or salary earned in the last sixty days.

**For New York City Residents:**

You may also reach us by calling Tim Rees at 866-539-7554.  New York City Department of Consumer Affairs License Number(s): 2097110-DCA.

**For North Carolina Residents:**

Spring Oaks Capital, LLC's North Carolina company number is as follows: 119507661.

 

**my | Rewards™**

2253      000000

SHAWN R BROWN
UNIT 2033
2200 S FORT APACHE RD
LAS VEGAS NV 89117-5716



First National Bank of Omaha
P.O. Box 2557
Omaha, NE 68103-2557

| | |
|---|---|
| **Account Number:** | ████ 6851 |
| **New Balance:** ............................. | **$9,154.88** |
| **Minimum Payment Due:** ............. | **$3,554.88** |
| **Payment Due Date:** ....... | **December 3, 2021** |

Make checks payable to First National Bank of Omaha

Amount of Payment Enclosed

$ _____ . ____

**Change of Address?** If yes, please complete reverse side.

---



PLEASE DETACH HERE AND RETURN TOP PORTION WITH YOUR PAYMENT

---

**World Mastercard®**

**Account Number:** ████ 6851
Page 001 of 002

 **Account Summary**

| | |
|---|---|
| Previous Balance .................... | $54.86 |
| Payments ......................... | +$5,638.11 |
| Other Credits ........................... | -$0.00 |
| Purchases ........................ | +$2,319.46 |
| Balance Transfers ................... | +$0.00 |
| Cash Advances ................... | +$905.99 |
| Fees Charged ..................... | +$103.29 |
| Interest Charged ................. | +$133.17 |
| **New Balance** ..................... | **$9,154.88** |
| | |
| Statement Closing Date ....... | 11/04/21 |
| Days in Billing Cycle ....................... | 29 |
| | |
| | |
| Total Credit Limit .............. | $5,600.00 |
| Available Credit .......................... | $0.00 |
| Cash Limit ........................... | $1,120.00 |
| Available Cash ........................... | $0.00 |

 **Payment Information**

| | |
|---|---|
| New Balance .................................................. | $9,154.88 |
| Minimum Payment Due ................................... | $3,554.88 |
| Past Due Amount ............................................. | $116.20 |
| **Payment Due Date** ............................................... | **December 3, 2021** |

🛈 **Late Payment Warning:** If we do not receive your minimum payment by the date listed above, you may have to pay a late fee of up to $40.

🛈 **Minimum Payment Warning:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance.  For Example:

| If you make no additional charges using this card and each month you pay ... | You will pay off the balance shown on this statement in about ... | And you will end up paying an estimated total of ... |
|---|---|---|
| Only the minimum payment | 20 years | $22,245 |
| $340 | 3 years | $12,240 (Savings $10,005) |

If you would like information about credit counseling services, call 1-866-486-6322.

---

👤 **Customer Service**

Save Time and Stamps
by Paying Online!

**Call: Toll Free  1-888-295-5540**
(TDD Telecommunications Device for the Deaf: 1-800-925-2833) (Balance Transfer Hotline: 1-877-388-8232)
**Visit: www.card.fnbo.com**
Remit to:  First National Bank of Omaha, P.O. Box 2557,  Omaha, NE 68103-2557

---

💡 **Smart Tips**

Holiday shopping can put a strain on your credit.  Keep track of your spending by collecting receipts and adding them up, like you would do when balancing a checkbook.  That can help you avoid a January surprise!

---

## REWARDS SUMMARY

**Earn points everyday** - you earn 30 points per $1 on Station Casinos Purchases, 20 points per $1 on Travel Purchases & Dining Purchases, and 10 points per $1 on all other Net Purchases. Review your Credit Card Rewards Program terms and conditions for complete details including limitations.

**Point activity summary for the period covered by this statement:**

| | |
|---|---|
| 0 | Points earned on Station Casinos Purchases |
| 0 | Points earned on Travel Purchases & Dining Purchases |
| 0 | Points earned on all other Net Purchases |
| 0 | Bonus points earned |
| 0 | Point adjustments |
| 0 | Total Point earnings this month |

All point earnings showing in this summary will be reported automatically to your myBoardingPass account. You can redeem your points by accessing your myBoardingPass account online at https://www.sclv.com/Account/Login.aspx.

Plus - Earn 10,000 Status Credits as an Anniversary Bonus if $10,000 or more in Net Purchases is posted during a Qualification Period.  Anniversary Bonus Status Credits are awarded by Station Casinos following the Qualification Period closure.

Your posted Net Purchase total toward an Anniversary Bonus for your current Qualification Period is $16,558.79.

---

Issued by First National Bank of Omaha

See reverse for additional information

Continued next page

# Access Granted



Enroll in **paperless statements** today and enjoy easy access to account statements and documentation history.

**Account Number:**
█████████ 6851
Page 002 of 002

---

## Important Information Regarding Your Account

We have told a credit bureau about a late payment, missed payment or other default on your account.
This information may be reflected in your credit report.

 **Transaction Detail**

| Trans Date | Post Date | Reference Number | Transaction Description | Credits (CR) and Debits |
|---|---|---|---|---|
| **Payments and Other Credits** | | | | |
| 10-06 | 10-13 | 85411171286036286006814 | PAYMENT REV - RETURN | $5,638.11 |
| **Transactions** | | | | |
| 10-13 | 10-14 | 05410191286091016111720 | TARGET      00012070 LAS VEGAS NV | $248.17 |
| 10-13 | 10-14 | 55429501287852590419562 | PAYPAL *KGLOVER.POST24 4029357733 CA | $2,058.30 |
| 10-13 | 10-14 | 15422021287009790354962 | Everi CINCINNATI OH | $905.99 |
| 10-14 | 10-14 | 55432861287200308926762 | Amazon Prime*277K92IJ1 Amzn.com/bill WA | $12.99 |
| **Fees** | | | | |
| 10-06 | 10-13 | 75522761286000286081030 | LATE FEE ADJ - RETURN CK | $29.00 |
| 10-13 | 10-14 | 75522761287000287080330 | CASH ADVANCE FEE 07  905.99 | $45.29 |
| 11-03 | 11-04 | 75522761308000308062000 | LATE FEE | $29.00 |
| **Total Fees For This Period** | | | | **$103.29** |

| Interest Charged | |
|---|---|
| Interest Charge on Purchases | $103.54 |
| Interest Charge on Cash Advances | $29.63 |
| Interest Charge on Balances Transfers | $0.00 |
| **Total Interest For This Period** | **$133.17** |

Your **Annual Percentage Rate (APR)** is the annual interest rate on your account.       (v) Variable Rate    (f) Fixed Rate

| Charge Summary | Annual Percentage Rate (APR) | Special Offer or Eligible Purchase APR Expiration Date | Balance Subject to Interest Rate | Days Rate Used | Interest Charge |
|---|---|---|---|---|---|
| Purchases | 19.99% (v) | N/A | $6,672.71 | 29 | $103.54 |
| Cash Advance | 19.99% (v) | N/A | $1,902.16 | 29 | $29.63 |

## 2021 Total Year-to-Date

Total fees charged in 2021 ................................................... $301.09
Total interest charged in 2021 ............................................. $279.43

To ensure accuracy, please print clearly using upper-case letters and numbers only.
Please do not use Red Ink, Gel pens or Pencil.

## CHANGE OF ADDRESS, PHONE, OR E-MAIL

Address _____

Apt/Bldg# _____

City _____

State, ZIP _____

Home Phone_____

Work Phone _____

Cell Phone _____

E-mail Address _____

If you have a Credit Card for business purposes, and are requesting an address change, we may request additional information.

**Balance Subject to Interest Rate:** Each "Balance Subject to Interest Rate" shown on the front of this statement for each Balance Category is determined using the average daily balance (including new purchases) method. Each such balance is calculated separately for each period that a particular rate was in effect (referred to below as a "Rate Period"). To get each average daily balance for each Balance Category, we first compute a "Daily Balance" for each day of the Rate Period as follows: (1) we start with the beginning balance of each day; (2) we add any new transactions and fees, and (3) we subtract any applicable payments, credits, or credit adjustments. Each average daily balance that is shown on the front is computed by adding up all the Daily Balances in the Rate Period and dividing the total by the number of days in the Rate Period (which shows on the front as "Days Rate Used"). In making these computations: (a) we may treat a credit balance as a balance of zero, and (b) we may delay adding fees to your balance; and (c) each day, we multiply your Daily Balance by the applicable daily periodic rate and add that amount to your balance to determine the next day's beginning balance.

**Interest Charges:** We figure the interest charges on your account and for each Balance Category by applying the applicable daily periodic rate to the applicable average daily balance and multiplying that product by the number of days in the Rate Period. All of the interest charges for each Balance Category will be totaled and that will be the total interest charged.

**How to Avoid Paying Interest on Purchases:** If you pay your New Balance as shown on the front of this billing statement by the Payment Due Date and if we also received payment in full of your New Balance as indicated on your previous billing statement by its Payment Due Date (or if that New Balance was zero or a credit), no interest charges will be assessed on Purchases shown on your next billing statement. Unless you have been specifically notified otherwise, no period is provided to repay non-Purchase balances without incurring interest charges—in other words, there is no interest-free (grace) period for Cash Advances or Balance Transfers.

**Payment Requirements:** Payments must be (1) accompanied by the top portion of this billing statement; (2) received no later than 5:00 p.m. (Central Time) on the Payment Due Date at the location we have specified for receipt of your payment; (3) made only by check or money order if your payment is made by mail, (4) made in U.S. Dollars, and (5) sent to the P.O. Box specified on the top of the front of this statement. If we accept a payment that does not comply with these requirements, there may be a delay in crediting your account, which may result in additional interest and fees. If your payment is returned unpaid by your bank for insufficient funds, we may re-present your check electronically.

**Credit Limits:** Only the "Cash Limit" portion of your Credit Limit is available for cash advances. "Available Credit" or "Available Cash" refers to the part of your Credit Limit or Cash Limit that was available as of this billing statement's closing date and may not reflect overlimit or credit balance amounts. We may raise or lower your Credit Limit and/or Cash Limit at any time and may restrict the amount that is available for Balance Transfers. After we credit a payment to your account, there may be a delay before it operates to restore your Available Credit or Available Cash.

**BILLING RIGHTS SUMMARY**

**What To Do if You Think You Find a Mistake on Your Statement**

If you think there is an error on your statement, write to us at: First National Bank of Omaha, P.O. Box 3696 Omaha, NE 68103-0696. In your letter, give us the following information:

- *Account information:* Your name and account number.
- *Dollar amount:* The dollar amount of the suspected error.
- *Description of Problem:* If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement. You must notify us of any potential errors *in writing*. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question. While we investigate whether or not there has been an error, the following are true:

- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the

amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

**Your Rights if You Are Dissatisfied With Your Credit Card Purchases**

If you are dissatisfied with the goods or services that you have purchased with your credit card, and you have tried in good faith to correct the problem with the merchant, you may have the right not to pay the remaining amount due on the purchase. To use this right, all of the following must be true: 1. The purchase must have been made in your home State or within 100 miles of your current mailing address, and the purchase price must have been more than $50. (Note: Neither of these are necessary if your purchase was based on an advertisement we mailed to you, or if we own the company that sold you the goods or services.) 2. You must have used your credit card for the purchase. Purchases made with cash advances from an ATM or with a check that accesses your credit card account do not qualify. 3. You must not yet have fully paid for the purchase.

If all of the criteria above are met and you are still dissatisfied with the purchase, contact us *in writing* at: First National Bank of Omaha, P.O. Box 3696 Omaha, NE 68103-0696. While we investigate, the same rules apply to the disputed amount as discussed above. After we finish our investigation, we will tell you our decision. At that point, if we think you owe an amount and you do not pay we may report you as delinquent.

**Liability for Unauthorized Use:** If you notice the loss or theft of your credit card or a possible unauthorized use of your card, you should write to us immediately at P.O. Box 3696 Omaha, NE 68103-0696 or the facsimile number 402-602-6098 or call us at 1-800-688-7070. You will not be liable for any unauthorized use that occurs after you notify us. You may, however, be liable for unauthorized use that occurs before your notice to us. In any case, your liability will not exceed $50.

**Information Provided to Credit Bureaus:** Information about your account is periodically provided to one or more credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report. If you think any information regarding you or your account is inaccurate, write to us on a separate sheet at: P.O. Box 3412, Omaha, NE 68103-0412.

**STATION CASINOS**
my|**Rewards**™



2253/L    000000

SHAWN R BROWN
UNIT 2033
2200 S FORT APACHE RD
LAS VEGAS NV 89117-5716

First National Bank of Omaha
P.O. Box 2557
Omaha, NE 68103-2557

Account Number: ▓▓▓▓▓6851
**New Balance:** ............................ **$10,162.37**
**Minimum Payment Due:** ........... **$10,162.37**
**Payment Due Date:** ................ **June 3, 2022**

Make checks payable to First National Bank of Omaha

Amount of Payment Enclosed

$ ▓▓▓▓▓▓▓ . ▓▓

**Change of Address?** If yes, please
complete reverse side.

PLEASE DETACH HERE AND RETURN TOP PORTION WITH YOUR PAYMENT

World  Mastercard®

Account Number: ▓▓▓▓▓6851
Page 001 of 001

 ## Account Summary

| | |
|---|---|
| Previous Balance | ............. $10,162.37 |
| Payments | ................................... -$0.00 |
| Other Credits | ............................ -$0.00 |
| Purchases | ................................ +$0.00 |
| Balance Transfers | ................... +$0.00 |
| Cash Advances | ........................ +$0.00 |
| Fees Charged | .......................... +$0.00 |
| Interest Charged | ...................... +$0.00 |
| **New Balance** | ................... **$10,162.37** |
| Statement Closing Date | ....... 05/05/22 |
| Days in Billing Cycle | ........................ 29 |
| Total Credit Limit | ............... $5,600.00 |
| Available Credit | .......................... $0.00 |
| Cash Limit | ........................... $1,120.00 |
| Available Cash | ........................... $0.00 |

 ## Payment Information

| | |
|---|---|
| New Balance | ................................................. $10,162.37 |
| Minimum Payment Due | .................................. $10,162.37 |
| Past Due Amount | .......................................... $10,162.37 |
| **Payment Due Date** | ......................................... **June 3, 2022** |

🛈 **Minimum Payment Warning:** Even if you make no more charges using this card, if you make only the minimum payment each month we estimate you will never pay off the balance shown on this statement because your payment will be less than the interest charged each month.

If you would like information about credit counseling services, call 1-866-486-6322.

## 🧑 Customer Service

Save Time and Stamps
by Paying Online!

**Call: Toll Free  1-888-295-5540**
(TDD Telecommunications Device for the Deaf: 1-800-925-2833) (Balance Transfer Hotline: 1-877-388-8232)
**Visit: www.card.fnbo.com**
Remit to:  First National Bank of Omaha, P.O. Box 2557,  Omaha, NE 68103-2557

## 💡 Smart Tips     **Give your credit rating a little boost!**

Paying over your minimum amount due can help reduce your account balance faster than you think -
and a lower average balance can help add up to a higher credit score!

## 🔍 Transaction Detail

| Trans Date | Post Date | Reference Number | Transaction Description | Credits (CR) and Debits |
|---|---|---|---|---|
| **Payments and Other Credits** | | | | |
| 4-19 | 4-19 | 854111721090750000080328 | EXPEDITED PAYMENT US | $1,018.77 (CR) |
| 4-19 | 4-25 | 854111721150361130000407 | PAYMENT REV - 1ST RETURN | $1,018.77 |
| 4-25 | 4-25 | 854111721150361130000415 | REPOSTED PAYMENT | $1,018.77 (CR) |
| 4-25 | 4-28 | 854111721180361180001332 | PAYMENT REV - RETURN | $1,018.77 |
| **Fees** | | | | |
| **Total Fees For This Period** | | | | **$0.00** |
| **Interest Charged** | | | | |
| Interest Charge on Purchases | | | | $0.00 |
| Interest Charge on Cash Advances | | | | $0.00 |
| Interest Charge on Balances Transfers | | | | $0.00 |
| **Total Interest For This Period** | | | | **$0.00** |

Your **Annual Percentage Rate (APR)** is the annual interest rate on your account.     (v) Variable Rate     (f) Fixed Rate

| Charge Summary | Annual Percentage Rate (APR) | Special Offer or Eligible Purchase APR Expiration Date | Balance Subject to Interest Rate | Days Rate Used | Interest Charge |
|---|---|---|---|---|---|
| Purchases | 0.00% | N/A | $7,903.17 | 29 | $0.00 |
| Cash Advance | 0.00% | N/A | $2,259.18 | 29 | $0.00 |

## 2022 Total Year-to-Date

| | |
|---|---|
| Total fees charged in 2022 | ................................................. $160.00 |
| Total interest charged in 2022 | ............................................. $645.52 |

Issued by First National Bank of Omaha                    See reverse for additional information

To ensure accuracy, please print clearly using upper-case letters and numbers only.
Please do not use Red Ink, Gel pens or Pencil.

## CHANGE OF ADDRESS, PHONE, OR E-MAIL

Address _____

Apt/Bldg# _____

City _____

State, ZIP _____

Home Phone _____

Work Phone _____

Cell Phone _____

E-mail Address _____

If you have a Credit Card for business purposes, and are requesting an address change, we may request additional information.

**Balance Subject to Interest Rate:** Each "Balance Subject to Interest Rate" shown on the front of this statement for each Balance Category is determined using the average daily balance (including new purchases) method. Each such balance is calculated separately for each period that a particular rate was in effect (referred to below as a "Rate Period"). To get each average daily balance for each Balance Category, we first compute a "Daily Balance" for each day of the Rate Period as follows: (1) we start with the beginning balance of each day; (2) we add any new transactions and fees, and (3) we subtract any applicable payments, credits, or credit adjustments. Each average daily balance that is shown on the front is computed by adding up all the Daily Balances in the Rate Period and dividing the total by the number of days in the Rate Period (which shows on the front as "Days Rate Used"). In making these computations: (a) we may treat a credit balance as a balance of zero, and (b) we may delay adding fees to your balance; and (c) each day, we multiply your Daily Balance by the applicable daily periodic rate and add that amount to your balance to determine the next day's beginning balance.

**Interest Charges:** We figure the interest charges on your account and for each Balance Category by applying the applicable daily periodic rate to the applicable average daily balance and multiplying that product by the number of days in the Rate Period. All of the interest charges for each Balance Category will be totaled and that will be the total interest charged.

**How to Avoid Paying Interest on Purchases:** If you pay your New Balance as shown on the front of this billing statement by the Payment Due Date and if we also received payment in full of your New Balance as indicated on your previous billing statement by its Payment Due Date (or if that New Balance was zero or a credit), no interest charges will be assessed on Purchases shown on your next billing statement. Unless you have been specifically notified otherwise, no period is provided to repay non-Purchase balances without incurring interest charges—in other words, there is no interest-free (grace) period for Cash Advances or Balance Transfers.

**Payment Requirements:** Payments must be (1) accompanied by the top portion of this billing statement; (2) received no later than 5:00 p.m. (Central Time) on the Payment Due Date at the location we have specified for receipt of your payment; (3) made only by check or money order if your payment is made by mail, (4) made in U.S. Dollars, and (5) sent to the P.O. Box specified on the top of the front of this statement. If we accept a payment that does not comply with these requirements, there may be a delay in crediting your account, which may result in additional interest and fees. If your payment is returned unpaid by your bank for insufficient funds, we may re-present your check electronically.

**Credit Limits:** Only the "Cash Limit" portion of your Credit Limit is available for cash advances. "Available Credit" or "Available Cash" refers to the part of your Credit Limit or Cash Limit that was available as of this billing statement's closing date and may not reflect overlimit or credit balance amounts. We may raise or lower your Credit Limit and/or Cash Limit at any time and may restrict the amount that is available for Balance Transfers. After we credit a payment to your account, there may be a delay before it operates to restore your Available Credit or Available Cash.

**BILLING RIGHTS SUMMARY**

**What To Do if You Think You Find a Mistake on Your Statement**

If you think there is an error on your statement, write to us at: First National Bank of Omaha, P.O. Box 3696 Omaha, NE 68103-0696. In your letter, give us the following information:

- *Account information:* Your name and account number.
- *Dollar amount:* The dollar amount of the suspected error.
- *Description of Problem:* If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement. You must notify us of any potential errors *in writing.* You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question. While we investigate whether or not there has been an error, the following are true:

- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the

amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

**Your Rights if You Are Dissatisfied With Your Credit Card Purchases**

If you are dissatisfied with the goods or services that you have purchased with your credit card, and you have tried in good faith to correct the problem with the merchant, you may have the right not to pay the remaining amount due on the purchase. To use this right, all of the following must be true: 1. The purchase must have been made in your home State or within 100 miles of your current mailing address, and the purchase price must have been more than $50. (Note: Neither of these are necessary if your purchase was based on an advertisement we mailed to you, or if we own the company that sold you the goods or services.) 2. You must have used your credit card for the purchase. Purchases made with cash advances from an ATM or with a check that accesses your credit card account do not qualify. 3. You must not yet have fully paid for the purchase.

If all of the criteria above are met and you are still dissatisfied with the purchase, contact us *in writing* at: First National Bank of Omaha, P.O. Box 3696 Omaha, NE 68103-0696. While we investigate, the same rules apply to the disputed amount as discussed above. After we finish our investigation, we will tell you our decision. At that point, if we think you owe an amount and you do not pay we may report you as delinquent.

**Liability for Unauthorized Use:** If you notice the loss or theft of your credit card or a possible unauthorized use of your card, you should write to us immediately at P.O. Box 3696 Omaha, NE 68103-0696 or the facsimile number 402-602-6098 or call us at 1-800-688-7070. You will not be liable for any unauthorized use that occurs after you notify us. You may, however, be liable for unauthorized use that occurs before your notice to us. In any case, your liability will not exceed $50.

**Information Provided to Credit Bureaus:** Information about your account is periodically provided to one or more credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report. If you think any information regarding you or your account is inaccurate, write to us on a separate sheet at: P.O. Box 3412, Omaha, NE 68103-0412.