**HALL & EVANS, LLC**
1160 North Town Center Drive
Suite 330
Las Vegas, Nevada 89144
(702) 998-1022

EXHIBIT B
2ND VERIFCATION RESPONSE

31                                          KRB/22061-1+

Date: October 6, 2023



Shawn R Brown

10161 PARK RN DR

STE 150

LAS VEGAS, NV 89145

**Post Office Box 1216**

**Chesapeake, VA 23327-1216**

**Toll Free Number: 866-539-7525**

**Office Hours:**

**M-Thurs. 8am-9pm EST**

**F 8am-6pm EST**

**ACCOUNT INFORMATION**
Original Creditor: First National Bank of Omaha
Original Account No.: ▉▉▉▉▉▉▉6851
Current Creditor: Spring Oaks Capital SPV, LLC
Reference No.: ▉▉▉▉4820
Balance: $10,162.37

Dear Shawn R Brown,

Our office is in receipt of your dispute pursuant to the Fair Credit Reporting Act (FCRA).    Please be advised we have reviewed your dispute and our records indicate we have already responded to a previous dispute that is substantially the same as your current dispute. Because your dispute alleges no new facts and includes no new information on which to form the basis for a new investigation, we will not be conducting another investigation of the dispute. Should you have new or additional information or documentation to substantiate your claim of dispute, please feel free to send us that information along with any additional supporting facts.

Thank you,

Spring Oaks Capital, LLC

We are a debt collector, but this is not an attempt to collect a debt.

**SEE FOLLOWING PAGE(S) FOR IMPORTANT INFORMATION**

**For California Residents:**

Spring Oaks Capital, LLC's California Department of Financial Protection & Innovation license number: 10603-99.

**For Colorado Residents:**

The address and telephone number of our local office is as follows: 8690 Wolff Court, Suite 110, Westminster, CO 80031; Colorado telephone for Colorado residents only: 303-920-4763. For residents of all other states, please use our toll free 866-539-7525.

**For Connecticut Residents:**

This collection agency is licensed in Connecticut, License number CCA-1916692. NMLS #1916692.

**For Massachusetts Residents:**

NOTICE OF IMPORTANT RIGHTS

You have the right to make a written or oral request that telephone calls regarding your debt not be made to you at your place of employment. Any such oral request will be valid for only ten days unless you provide written confirmation of the request postmarked or delivered within seven days of such request. You may terminate this request by writing to the debt collector.

**For New York Residents:**

If a creditor or debt collector receives a money judgment against you in court, state and federal laws may prevent the following types of income from being taken to pay the debt: 1. Supplemental security income, (SSI); 2. Social security; 3. Public assistance (welfare); 4. Spousal support, maintenance (alimony) or child support; 5. Unemployment benefits;  6. Disability benefits; 7. Workers' compensation benefits; 8. Public or private pensions; 9. Veterans' benefits; 10. Federal student loans, federal student grants, and federal work study funds; and 11. Ninety percent of your wages or salary earned in the last sixty days.

**For New York City Residents:**

You may also reach us by calling Tim Rees at 866-539-7554.  New York City Department of Consumer Affairs License Number(s): 2097110-DCA.

**For North Carolina Residents:**

Spring Oaks Capital, LLC's North Carolina company number is as follows: 119507661.