HALL & EVANS LLC
Kurt R. Bonds
(Nevada Bar No. 6228)
Madisyn Schaus 1160
(Nevada Bar No. 17294)
1160 North Town Center Drive, Suite 330
Las Vegas, NV 89144
Telephone: 702-998-1022
bondsk@hallevans.com
schausm@hallevans.com
nvefile@hallevans.com
*Attorneys for Gurstel Law Firm, P.C.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

SHAWN R. BROWN ,                          ) CASE NO.:  26-CV-00759-JAD-MDC
                                          )
                    Plaintiff,            )
                                          )
        vs.                               )
                                          )
SPRING OAKS CAPITAL, LLC; SPRING OAKS     )
CAPITAL SPV, LLC; and GURSTEL LAW         )
FIRM, P.C.                                )
                                          )
                    Defendant(s).         )
------------------------------------------------------------

**DEFENDANT  GURSTEL LAW FIRM, P.C.'S NOTICE OF ERRATA RE: MOTION TO DISMISS (ECF Doc. 10) AND REPLY (ECF Doc. 14)**

COMES NOW, Defendant, GURSTEL LAW FIRM, P.C., by and through its attorneys, Hall & Evans, LLC, files this Notice of Errata to correct an error that appears in Gurstel's Motion to Dismiss, which was filed May 15, 2026 (ECF Doc. 10) (the "Motion") and in Gurstel's Reply in Support of the Motion (ECF Doc. 14) (the "Reply"), filed May 28, 2026.

Page 8 of the Motion, and Page 8 of the Reply each contain the following erroneous citation: "See *Ott v. Mortgage Investors Corp. of Ohio*, 65 F.3d 760, 762 (8th Cir. 1995) (affirming dismissal of time-barred FDCPA claims)."

The correct citation in both documents is: "See *Rotkiske v. Klemm*, 589 U.S. 8, 13 (2019)

(affirming dismissal of time-barred FDCPA claim).”

Gurstel has edited the citation on Page 8 of the Motion and on Page 8 of the Reply to reflect the correct citation.

Gurstel also became aware that the Motion was incorrectly filed on PACER as Defendant Spring Oaks Capital, LLC's Motion to Dismiss. The corrected version of the Motion is being filed as Gurstel's Motion to Dismiss.

The corrected versions of the Motion and the Reply are filed concurrently with this notice.

DATED  May 28, 2026   HALL & EVANS, LLC


*/s/Kurt Bonds*_____
Kurt R. Bonds
(Nevada Bar No. 6228)
Madisyn Schaus 1160
(Nevada Bar No. 17294)
1160 North Town Center Drive, Suite 330
Las Vegas, NV 89144
Telephone: 702-998-1022
bondsk@hallevans.com
schausm@hallevans.com
nvefile@hallevans.com
*Attorneys for Gurstel Law Firm, P.C.*

2

**CERTIFICATE OF SERVICE**

I hereby certify that I am an employee of HALL & EVANS, LLC and that on the 28th day of  May, 2026, I caused the above and foregoing Motion to Dismiss, to be served as follows:

[ X ]    By placing the same to be deposited in the United States Mail, in a sealed envelope upon which First Class postage was prepaid in Las Vegas, Nevada;

[ X ]    By electronic mail.

To the following Defendant(s) or attorney(s) listed below at the address, email address, and/or facsimile number indicated below:

Shawn R. Brown
10161 Park Run Dr., Ste 150
Las Vegas, NV 89145
shawn@sakuraent.com


*/s/Allisen VanAusdal*
Signed by an Employee of Hall & Evans, LLC

3