*BROWN vs. SPRING OAKS CAPITAL, LLC, et al*                Case#: **2:26-cv-00759**

MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT PURSUANT TO FRCP 15(a)(2)

**ATTACHMENT – 1**

[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO FILE FIRST
AMENDED COMPLAINT

(Total – 1 page)

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| SHAWN R. BROWN | : | Case#: **2:26-cv-00759** |
| | : | |
| Plaintiff(s), | : | Judge: **Honorable Jennifer A. Dorsey** |
| | : | |
| | : | |
| vs. | : | Magistrate Judge: **Maximiliano Couvillier** |
| | : | |
| SPRING OAKS CAPITAL, LLC, et al | : | |
| | : | |
| Defendant(s) | : | |

## [PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT

Before the Court is Plaintiff Shawn R. Brown's Motion for Leave to File First Amended Complaint pursuant to Federal Rule of Civil Procedure 15(a)(2) and Local Rule IA 15-1. Having reviewed the Motion, and finding good cause appearing thereunder,

IT IS HEREBY ORDERED that Plaintiff's Motion for Leave to File First Amended Complaint is GRANTED.

IT IS FURTHER ORDERED that the Clerk of the Court shall detach and file the First Amended Complaint, currently attached as Exhibit A to Plaintiff's Motion, on the active docket of this matter.

IT IS FURTHER ORDERED that Defendants shall file their responsive pleadings to the First Amended Complaint within fourteen (14) days from the date of entry of this Order.

IT IS SO ORDERED.

Dated: _____, 2026.

_____
UNITED STATES DISTRICT JUDGE /
UNITED STATES MAGISTRATE JUDGE