**HALL & EVANS, LLC**
KURT R. BONDS, ESQ.
Nevada Bar No. 6228
MADISYN SCHAUS, ESQ.
Nevada Bar No. 17294
1160 North Town Center Drive, Suite 330
Las Vegas, Nevada 89144
(702) 998-1022
bondsk@hallevans.com
schausm@hallevans.com
nvefile@hallevans.com
*Attorneys for Defendants Spring Oaks Capital,*
*LLC and Spring Oaks Capital SPV, LLC*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| SHAWN R. BROWN | CASE NO.:  2:26-cv-00759-JAD-MDC |
| Plaintiffs, | |
| v. | STIPULATED DISCOVERY PLAN AND SCHEDULING ORDER |
| SPRING OAKS CAPITAL, LLC., SPRING OAKS CAPITAL SPV LLC, GURSTEL LAW FIRM  and DOES 1 to 10, | |
| Defendants. | SUBMITTED IN COMPLIANCE WITH LR 26-1(b) |

Under Federal Rules of Civil Procedure 26(f) and Local Rule 26-1 the respective parties conducted a discovery-planning conference on June 4, 2026. In accordance with LR 26-1(b)(1), the tracking period is measured from the date of the first appearance by the first defendant (Spring Oaks entities joint Answer [ECF No. 8] filed May 4, 2026). The parties hereby submit to the Court the following Stipulated Discovery Plan and Scheduling Order::

| | | |
|---|---|---|
| 1. | Discovery Cut-Off Date | **November 2, 2026** (rolled from Oct. 31st) |
| 2. | Joint Protective Order | **June 30, 2026** |
| 3. | 26(a) Initial Disclosures | **June 18, 2026** |
| 4. | Amending the Pleadings and Adding Parties. | **August 3, 2026** (rolled from Aug. 2nd) |
| 5. | Initial Experts Designations | **September 3, 2026** |

| 6.  Rebuttal Experts | **October 5, 2026** |
|---|---|
| 7.  Dispositive Motion Deadline | **December 2, 2026** |
| 8.  Joint Proposed Pretrial Order | **January 4, 2027** |

IT IS FURTHER ORDERED that any extension of the discovery deadline will not be allowed without a showing of good cause for the extension. All motions or stipulations to extend discovery must be received by the court at least **21 days before the expiration of the subject deadline.** A request made after this date will not be granted unless the movant demonstrates that the failure to act was the result of excusable neglect. The motion or stipulation must include:

(a)  A statement specifying the discovery completed by the parties as of the date of the motion or stipulation;

(b)  A specific description of the discovery that remains to be completed;

(c)  The reasons why the remaining discovery was not completed within the time limit of the existing discovery deadline; and

(d)  A proposed schedule for the completion of all remaining discovery.

IT IS FURTHER ORDERED that, if no dispositive motions will be filed within the time specified in this order, then the parties must file a written, joint proposed pretrial order within 30 days of the dispositive motion cutoff, on or before **December 2, 2026**. If dispositive motions are filed, then the parties must file a written, joint proposed pretrial order within 30 days of the date the court enters a ruling on the dispositive motions. Within 30 days of the entry of a pretrial order, or as further ordered by the court, the parties must submit to a pretrial settlement conference.

///

HALL & EVANS, LLC
1160 North Town Center Drive
Suite 330
Las Vegas, Nevada 89144
(702) 998-1022

2                                        KRB/22061-1+

## I.    DISCOVERY PLAN:

A. The parties do not seek any changes in the form or requirements for disclosures under Rule 26(a), except that the initial disclosures will be exchanged on or before **June 16, 2026**.

B. The parties anticipate propounding written discovery in the form of Requests for Admission, Interrogatories, and Requests for Production of Documents. The parties agree to limit these to 25 Requests for Admission per party, 25 Interrogatories per party, and 25 Requests for Production of Documents per party. Additional requests must be by stipulation or with leave of the Court.

C. Any discovery disputes are subject to the requirements and procedures set forth in this Court's First Amended Standing Order & Chambers Practices. The parties further stipulate to produce Electronically Stored Information in PDF format and to the extent possible, in searchable PDF format. Plaintiff also proposes that per Rule 5(b)(2)(E) and 6(d) of the Federal Rules of Civil Procedure any pleadings or other papers may be served by sending such documents by email to the email addresses provided to all counsel of record.

D. The parties do not anticipate that discovery will involve the production of privileged information or trial-preparation materials. Accordingly, the parties do not anticipate the need for any additional agreement regarding the timing or method of compliance beyond the procedures set forth in Fed. R. Civ. P. 26(b)(5)(A).

E. The parties do not believe the applicable limitations should be changed or other orders should be imposed. However, the parties reserve the right to request limitations as needed at a future date.

## II.    Alternative Dispute Resolution

The parties hereby certify that they met and conferred about the possibility of using alternative dispute-resolution processes including mediation, arbitration, and if applicable, early neutral evaluation.

## III.    Alternative Forms of Case Disposition

The parties hereby certify that they considered consent to trial by a magistrate judge

**HALL & EVANS, LLC**
1160 North Town Center Drive
Suite 330
Las Vegas, Nevada 89144
(702) 998-1022

KRB/22061-1+

under 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73 and the use of the Short Trial Program (General Order 2013-01), but <u>decline</u> to trial by a magistrate judge.

## IV.    Electronic Evidence

The parties hereby certify that they discussed whether they intend to present evidence in electronic format to jurors for the purposes of jury deliberations.  The parties will review and comply with the Court's requirements for presentation of electronic evidence.

| For the Plaintiff: | For the Defendant: |
|---|---|
| I certify that Artificial Intelligence was not used to prepare the foregoing document. | I certify that Artificial Intelligence was not used to prepare the foregoing document. |
| */s/ Shawn Brown*<br>Shawn Brown<br>10161 Park Run Dr., Suite 150<br>Las Vegas, NV 89145<br>*Plaintiff (Pro Se)* | */s/ Kurt R. Bonds*<br>Kurt R. Bonds, Esq.<br>Hall & Evans, LLC<br>Madisyn Schaus, Esq.<br>1160 North Town Center Drive<br>Suite 330<br>Las Vegas, Nevada 89144<br>*Counsel for Defendants* |

**IT IS SO ORDERED.**

Dated:    June 22, 2026

_____
Hon. Maximiliano D. Couvilíer, III
United States Magistrate Judge

HALL & EVANS, LLC
1160 North Town Center Drive
Suite 330
Las Vegas, Nevada 89144
(702) 998-1022

4                              KRB/22061-1+