**HALL & EVANS, LLC**
KURT R. BONDS, ESQ.
Nevada Bar No. 6228
MADISYN SCHAUS, ESQ.
Nevada Bar No. 17294
1160 North Town Center Drive, Suite 330
Las Vegas, Nevada 89144
(702) 998-1022
bondsk@hallevans.com
schausm@hallevans.com
nvefile@hallevans.com
*Attorneys for Defendants Spring Oaks Capital,*
*LLC and Spring Oaks Capital SPV, LLC*

## UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| SHAWN R. BROWN<br><br>        Plaintiffs,<br><br>v.<br><br>SPRING OAKS CAPITAL, LLC., SPRING OAKS CAPITAL SPV LLC, GURSTEL LAW FIRM and DOES 1 to 10,<br><br>        Defendants. | CASE NO.:   2:26-cv-00759-JAD-MDC<br><br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE OF ALL CLAIMS AGAINST ALL DEFENDANTS**<br><br> **[ECF Nos. 10, 17, 19, 24, 32]** |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Shawn R. Brown, *pro se* and Defendants Spring Oaks Capital, LLC, Spring Oaks Capital SPV, LLC, and Gurstel Law Firm, P.C. (collectively "Defendants"), pursuant to the Parties' settlement agreement, endorsed by the Parties, hereby stipulate to dismissal with prejudice of this action in its entirety, with each party to pay its own costs and attorney's fees.

. . .

. . .

1                    KRB/22061-1+

There are no longer any issues in this action between the parties to be determined by the Court and all parties that have entered an appearance stipulate to its dismissal with prejudice.

Respectfully submitted this 3rd day of August, 2026.

| **For the Plaintiff**: | **For the Defendants**: |
|---|---|
| I certify that Artificial Intelligence was not used to prepare the foregoing document. | I certify that Artificial Intelligence was not used to prepare the foregoing document. |
| */s/Shawn Brown*<br>Shawn Brown<br>10161 Park Run Dr., Suite 150<br>Las Vegas, NV 89145<br>*Plaintiff (Pro Se)* | */s/Kurt Bonds*<br>Kurt R. Bonds, Esq.<br>Hall & Evans, LLC<br>Madisyn Schaus, Esq.<br>1160 North Town Center Drive<br>Suite 330<br>Las Vegas, Nevada 89144<br>*Attorneys for Defendants* |

## ORDER

Based on the parties' stipulation **[ECF No. 32]** and good cause appearing, IT IS ORDERED that THIS ACTION IS DISMISSED with prejudice, each side to bear its own fees and costs. All pending motions **[ECF Nos. 10, 17, 19, 24]** are DENIED as moot. The **Clerk of Court** is directed to **CLOSE THIS CASE**.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: August 3, 2026

**HALL & EVANS, LLC**
1160 North Town Center Drive
Suite 330
Las Vegas, Nevada 89144
(702) 998-1022

2                                    KRB/22061-1+